UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **George R. Overly** <br><br> **Plaintiff** <br> v. <br><br> **Global Credit and Collection Corporation, Inc.** <br><br> **Defendant** | Case No.: 10-02392 |

## PLAINTIFF'S PETITION FOR ATTORNEY'S FEES

The Plaintiff, George R. Overly, by his attorney, petitions this Court pursuant to Fed. R. Civ. P.54(d) and 15 U.S.C. §§ 1681n and 1681o for his reasonable attorney's incurred in this case. In support of this petition, Plaintiff states as follows:

1. On May 19, 2011, Plaintiff, George R. Overly, filed a Notice of Acceptance with Offer of Judgment. See Exhibit "A".

2. Defendant's offer provides, in relevant part, that Defendant agrees to entry of judgment against them as follows:

> …in the sum of $1,001.00, plus court costs together with reasonable attorney fees as agreed to by the parties, or if no agreement be reached, as determined by the Court on motion.

See Exhibit "A".

3. Despite the best efforts of the parties, there has been no resolution as to the amount of attorney's fees Plaintiff's counsel shall be paid.

4. Plaintiff is entitled to reasonable attorney's fees pursuant to the wording of the Rule 68 Offer of Judgment and under 15 U.S.C. § 1692k(a)(3).

5. Plaintiff submits in support of his petition the Declarations of Craig Thor Kimmel, Tara L. Patterson, Amy L. Bennecoff, and Sarah Young, his attorneys (Exhibits "C"), his attorney's itemized time records for this case (Exhibit "B"), the Declaration of Nicholas Bontrager (Exhibit "D"). This petition is also accompanied by Plaintiff's Memorandum in Support of his Petition for Attorney's Fees.

7. Should Plaintiff incur additional attorney's fees in pursuing this petition, Plaintiff will supplement his attorney's itemized time records accordingly.

WHEREFORE, Plaintiff respectfully requests this Court to:

A. Award Plaintiff his reasonable attorney's fees incurred in this case, in the amount of $8,992.00.

B. Enter judgment accordingly; and

C. Grant such other relief as may be just and proper.

Respectfully submitted,
Kimmel & Silverman, LLC

s/ Craig Thor Kimmel
Craig Thor Kimmel

Dated: June 2, 2011